1    QUIN DENVIR, Bar #49374
     Federal Defender
2    CAROLYN M. WIGGIN, Bar #182732
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, California 95814
4    Telephone: (916) 498-5700

5

6    Attorney for Petitioner
     GEORGE POPE

7

8

9                       IN THE UNITED STATES DISTRICT COURT

10                     FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   GEORGE POPE,                          )    NO. 1: 99 CV 5445 DLB HC
                                           )
14                     Petitioner,         )
                                           )    STIPULATION AND ORDER RE-SETTING
15          v.                             )    HEARING DATE FOR PETITIONER'S
                                           )    MOTION FOR RELIEF FROM JUDGMENT
16   RANDOLPH CANDELARIA,                  )
                                           )    Date:  August 19, 2005
17                     Respondent.         )    Time:  9:00 a.m.
                                           )    Judge: Hon. Dennis L. Beck
18   _____  )

19

20          Petitioner, GEORGE POPE, and respondent, Randolph Candelaria, by

21   and through their respective counsel, hereby agree and stipulate as

     follows:
22
            1.     Due to the fact that Respondent's counsel Mark A. Johnson has an argument scheduled for
23
                   August 26, 2005, in the California Court of Appeal for the Third Appellate District, he will
24
                   not be able to appear in this Court on that date.
25
            2.     Counsel for both parties are available to appear in this Court on August 19, 2005.
26
            3.     The parties request that argument in this matter be re-scheduled for August 19, 2005 at 9:00
27
                   a.m.
28

4.      The parties acknowledge that pursuant to the Local Rules for the Eastern District of California, if Respondent chooses to file an Opposition to Petitioner's Motion, the Opposition will be due at least seventeen (17) days before the hearing, or by Tuesday, August 2, 2005.  Petitioner's optional Reply will be due at least five (5) days before the hearing, or by Friday, August 12, 2005.

5.      Counsel for respondent, Deputy Attorney General Mark A. Johnson, has authorized the undersigned to sign this stipulation electronically on his behalf.

Dated:  July 26, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Carolyn M. Wiggin
CAROLYN M. WIGGIN
Assistant Federal Defender

Attorney for Petitioner
GEORGE POPE

/s/ Mark A. Johnson
MARK A. JOHNSON
Deputy Attorney General

Attorney for Respondents
Randolph Candelaria

## ORDER

Pursuant to the stipulation of the parties, and for good cause shown, the parties' joint request to re-schedule the hearing on Petitioner's Motion for Relief from Judgment is hereby GRANTED. The hearing on August 26, 2005, is vacated and the hearing is hereby rescheduled for August 19, 2005.

IT IS SO ORDERED.

Dated:    July 26, 2005                       /s/ Dennis L. Beck
3b142a                                  UNITED STATES MAGISTRATE JUDGE

2