# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE POPE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RANDOLPH CANDELARIA,<br><br>　　　　Respondent.<br>_____/ | CV F   99-5445 DLB HC<br><br>ORDER REGARDING PETITIONER'S NOTICE TO COURT TO APPOINT COUNSEL FOR PETITIONER<br><br>[Doc. 69] |

　　　　On December 22, 2003, the Ninth Circuit vacated the order denying Petitioner's petition for writ of habeas corpus and remanded the matter back to this court to conduct an evidentiary hearing.  On May 27, 2004, the Court conducted an evidentiary hearing regarding the issues raised by the Ninth Circuit.  On January 21, 2005, the Court issued an order denying the petition and judgment was entered that same day.

　　　　On July 20, 2005, Petitioner filed a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.  Respondent filed an opposition on August 2, 2005.

　　　　On July 29, 2005, Petitioner filed a notice to the Court regarding appointment of separate counsel for Petitioner.  Petitioner's counsel, Carolyn Wiggin, indicates that Petitioner has recently submitted a pro se pleading to the Ninth Circuit complaining of the Office of the Federal Defender's conduct in this case.  Counsel reasons that if the Court deems it appropriate, outside counsel could be appointed for Petitioner either to take over the entire case or to appear at the

August 19, 2005, hearing to argue the third point in the motion for relief from judgment, that counsel was ineffective.

Petitioner's request is premature at this juncture. Depending on the outcome of Petitioner's motion for relief from judgment, the Court cannot, at this time, determine whether outside counsel is necessary. Thus, the request is denied, without prejudice.

IT IS SO ORDERED.

Dated:   **August 15, 2005**                       **/s/ Dennis L. Beck**
3b142a                                                     UNITED STATES MAGISTRATE JUDGE